IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGHAN WEISEN, | No. 4:24-CV-00327 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NORTHUMBERLAND COUNTY DEPARTMENT OF ADULT PROBATION AND PAROLE, | |
| Defendant. | |

## ORDER

### JANUARY 16, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, Doc. 20, is **GRANTED**.

2. Final Judgment is entered in favor of Defendant and against Plaintiff, Meghan Weisen; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge